UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Mitchell Reed, *on behalf of himself and all others similarly situated*,

        Plaintiff,

  v.

Viverant PT LLC,

        Defendant.

Case No. 22-cv-3043 (WMW/JFD)

**ORDER FOR DISMISSAL**

---

Based on the stipulation for dismissal with prejudice, (Dkt. 14), and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** as to Plaintiff's individual claims against Defendant, and **WITHOUT PREJUDICE** as to any claims of the uncertified putative class members, with each party to bear its own costs and attorneys' fees incurred in this matter.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 20, 2023

                                                      s/Wilhelmina M. Wright
                                                      Wilhelmina M. Wright
                                                      United States District Judge