# UNITED STATES DISTRICT COURT
## District of Minnesota

Mitchell Reed

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number:   22-cv-3043-WMW-JFD

Viverant PT LLC

Defendant(s).

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is DISMISSED WITH PREJUDICE as to Plaintiff's individual claims against

Defendant, and WITHOUT PREJUDICE as to any claims of the uncertified putative class

members, with each party to bear its own costs and attorneys' fees incurred in this matter.

Date: 3/21/2023

_____
KATE M. FOGARTY, CLERK